**No. 41832.**—Protest 193927–G of Wm. McKinney (New York).

Opinion by TILSON, J. The record showed that certain of the items in question consist of embroidered laces. The claim at 75 percent under paragraph 1430 was therefore sustained as to these items.

**No. 41833.**—Protest 81425–G of Salem Shawiry (New York).

Opinion by TILSON, J. The record showed that certain of the items in question consist of embroidered laces. The claim at 75 percent under paragraph 1430 was sustained as to these items.

**No. 41834.**—Protest 61026–G of R. H. Macy & Co., Inc. (New York).

Opinion by TILSON, J. It was found from the record that certain of the items consist of Normandy laces, embroidered, and dresses embroidered and in part of lace, composed in chief value of yarns, threads, or filaments. On the established facts and following *Amrein* v. *United States* (T. D. 49551) and *Pustet* v. *United States* (13 Ct. Cust. Appls. 530, T. D. 41396) the claims at 75 percent were sustained.

July 10, 1939

**No. 41835.**—Protests 291942–G, etc., of Calvaire. Abstract 41645. Plaintiff's application for rehearing granted.

**No. 41836.**—Protests 669284–G, etc., of J. Milton Hagy Waste Works. C. D. 162. Motion of Government for rehearing denied.

BEFORE THE SECOND DIVISION, JULY 19, 1939

**No. 41837.**—Protest 939189–G of Rosenbluth Bros. & Co. (New York).

Opinion by KINCHELOE, J. In accordance with stipulation of counsel that the merchandise consists of cotton tablecloths used at the service of meals, and not upholstery, the claim at 40 percent under paragraph 923 was sustained.